184 So.2d 26

Thomas W. BEATTY, individually and for the use and benefit of his minor child, Phyllis Beatty, and Carl C. Jordan, individually and for the use and benefit of his minor child, Judy Ann Jordan,

v.

GENERAL ACCIDENT FIRE LIFE AND ACCIDENT ASSURANCE CORPORATION, Ltd.

No. 48104.

March 29, 1966.

In re: Thomas W. Beatty, etc., et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 182 So.2d 112.

The application is denied. According to the facts of this case, as found by the majority of the Court of Appeal, the result is correct.

184 So.2d 26

CITY OF NEW ORLEANS

v.

Rodney D. SABATHE.

No. 48123.

March 29, 1966.

In re: Rodney D. Sabathe applying for writs of certiorari, prohibition and mandamus.

Writs refused. No error of law.